# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARTFORD INSURANCE COMPANY OF THE SOUTHEAST, | |
| Plaintiff, | No. 3:12-cv-0094 |
| v. | (JUDGE CAPUTO) |
| JOHN J. AND LORRAINE STEAD and JENNIFER L. STEAD, | |
| Defendants. | |

## ORDER

**NOW**, this 27th day of January, 2011, **IT IS HEREBY ORDERED THAT** Plaintiff Hartford Insurance's Emergency Motion for Stay of Arbitration (Doc. 2) is **DENIED** and the action is **DISMISSED WITHOUT PREJUDICE.**

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge